# RANNI LAW FIRM

**Joseph J. Ranni, LL.M.**  Attorney at Law
Admitted in New York, New Jersey, Pennsylvania and Florida

February 3, 2022

**VIA ECF**
Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Sebastiani v. Brooklyn Hospital Center ("BHC") et al.
         Case No 1:19-cv-00253-EK-ST

        Sebastiani v. Pik Lee
         Case No 1:19-cv-03638-RPK-ST

Your Honor:

    We represent Plaintiff in the above actions and seek an exparte court pre-motion conference with the Plaintiff personally relative to Counsel and Co-Counsel being relieved and permitted to withdraw as counsel.

    Counsel further seeks the opportunity to make a confidential exparte pre-conference submission providing Plaintiff an opportunity to submit a response as well.

    Please contact our offices if there is any additional information or documentation that may be helpful to the Court's review.  Thank you for your time, attention and consideration of this matter.

                                 Respectfully submitted,

                                 *Joseph Ranni*

                                 Joseph Ranni

cc: All counsel of record by ECF