# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 27, 2022 |
| **TIME:** | 1:00 P.M. |
| **DOCKET NUMBER(S):** | CV-19-253 (EK)<br>CV-19-3638 (RPK) |
| **NAME OF CASE(S):** | **SEBASTIANI V. BROOKLYN HOSPITAL CENTER ET AL**<br>**SEBASTIANI V. LEE** |
| **FOR PLAINTIFF(S):** | Turkel, Ranni, Sebastiani |
| **FOR DEFENDANT(S):** | Hoey, Walters |
| **NEXT CONFERENCE(S):** | **JUNE 29, 2022 AT 2:00 P.M., BY PHONE** |
| **FTR/COURT REPORTER:** | ZOOM 1:00 - 2:10 |

## RULINGS FROM MOTION HEARING:

The Motion to Withdraw as Attorney [120][121][122] is granted. The Court stays this matter for 60 days so that Plaintiff may have an opportunity to retain new counsel and directs outgoing counsel to cooperate in an orderly transition. Once new counsel has filed a notice of appearance attorneys Turkel and Ranni will be terminated as attorneys of record.

The Court will hold a telephone conference on June 29, 2022 at 2:00 p.m. All counsel, including any newly retained counsel, and Plaintiff Sebastiani must participate in the call. If new counsel does not file a notice of appearance by June 29, 2022, attorneys Turkel and Ranni will be terminated as attorneys of record and the docket will be amended to reflect that Plaintiff Sebastiani will proceed pro se.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**