

Barbara E. Hoey

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7628
Fax: (212) 808-7897
bhoey@kelleydrye.com

May 4, 2022

**VIA ECF**

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Sebastiani v. The Brooklyn Hospital Center et al.**
**Case No 1:19-cv-00253-EK-ST**

Your Honor:

Defendants The Brooklyn Hospital Center ("TBHC"), Dr. Harry Dym and Dr. Pikk Lee (together "Defendants") write jointly to request an amendment and clarification to the Court's Minute Order for the Motion Hearing held on April 27, 2022 (the "Order"). *See* ECF No. 129.

During the motion hearings, Your Honor granted Plaintiff's attorneys, Messrs. Joe Ranni and Avram Turkel, leave to withdraw from this case within 60 days of the hearing date. This is accurately reflected in the Order. However, during the hearings, Plaintiff's counsel and the Court agreed with Defendants that notwithstanding their pending withdrawal, Messers. Ranni and Turkel should continue to be subject to the jurisdiction of the Court (both Yours and that of Judge Komitee) throughout the life of this matter, should there be any future motions for fees or sanctions by any of the Defendants. This acknowledgement was not contained within the Order.

Accordingly, we ask that the Order be amended to cure this omission and to state that, notwithstanding their withdrawal, counsel Ranni and Turkel remain subject to the jurisdiction of the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,

Magistrate Steven L. Tiscione
May 2, 2022

                                        <u>*/s/ Barbara E. Hoey*</u>
                                        Barbara E. Hoey
                                        *Attorneys for The Brooklyn Hospital Center*
                                        *and Dr. Harry Dym*

CC: All counsel of record via ECF

**KELLEY DRYE & WARREN LLP**        2

4862-2712-6797v.2